# Appendix A

Nokia 2V

Nokia 2.1

Nokia 3V

Nokia 3.1C

Nokia 3.1A

Nokia 4.2

Nokia 6.1

Nokia 6.1 Plus

Nokia 7

Nokia 7 Plus

Nokia 7.1

Nokia 7.2

Nokia 8.1

Nokia 8

Nokia 8 Sirocco

Nokia 9 PureView