IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1945-CFC |
| | ) |
| HMD GLOBAL OY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT HMD GLOBAL OY'S MOTION TO DISMISS
UNDER RULES 12(B)(1) AND 12(B)(6)**

Defendant HMD Global Oy ("HMD") hereby moves to dismiss the complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of constitutional and/or statutory standing for plaintiff to assert its claims of patent infringement. The complete bases for this motion are set forth in HMD's opening brief in support of its motion and in the supporting papers filed therewith.

NOW, THEREFORE, defendant HMD Global Oy respectfully requests the Court to grant this motion and to enter the attached order dismissing this action with prejudice.

|  | */s/ John W. Shaw* |
|---|---|

                                                                                     John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com

OF COUNSEL:                                                    *Attorneys for Defendant*
William J. McCabe
Matthew J. Moffa
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
(212) 262-6900

Dated: May 26, 2020