IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1945-CFC |
| | ) | |
| HMD GLOBAL OY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Matthew J. Moffa, of Perkins Coie LLP, to represent defendant HMD Global Oy, in this matter.

                                                                                                 */s/ John W. Shaw*
                                                                                                  John W. Shaw (No. 3362)
                                                                                                  SHAW KELLER LLP
                                                                                                  I.M. Pei Building
                                                                                                  1105 North Market Street, 12th Floor
                                                                                                  Wilmington, DE 19801

OF COUNSEL:                                    (302) 298-0700
William J. McCabe                       jshaw@shawkeller.com
Matthew J. Moffa                        *Attorneys for Defendant*
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
(212) 262-6900

Dated: June 2, 2020

2

# **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* Matthew J. Moffa is granted.

_____
United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of Massachusetts and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Matthew J. Moffa
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
(212) 262-6900
mmoffa@perkinscoie.com

Dated: May 26, 2020