# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VoiceAge EVS LLC,

                        Plaintiff,

      v.

HMD Global Oy,

                        Defendant.

C.A. No. 19-1945-CFC

## DECLARATION OF ANDREA L. GOTHING IN SUPPORT OF PLAINTIFF VOICEAGE EVS LLC'S OPPOSITION TO DEFENDANT HMD GLOBAL OY'S MOTION TO DISMISS

I, Andrea L. Gothing, hereby declare and state as follows:

1.      I am an attorney at Robins Kaplan LLP. I have been admitted in this action pro hac vice as counsel for Plaintiff VoiceAge EVS LLC ("VoiceAge EVS").

2.      I submit this declaration in support of VoiceAge EVS's Opposition to Defendant HMD Global Oy's ("HMD") Motion to Dismiss.

3.      Attached hereto as **Exhibit A** is a true and correct copy of a letter from VoiceAge EVS's counsel Christopher A. Seidl to HMD's counsel William J. McCabe dated June 2, 2020.

4.      Attached hereto as **Exhibit B** is a true and correct copy of an email chain between VoiceAge EVS's counsel Christopher Seidl and HMD's counsel

William J. McCabe dated between June 2, 2020 and June 5, 2020.

5.      Attached hereto as **Exhibit C** is a true and correct copy of a printout of the webpage found at the URL http://www.voiceage.com/EVS.html as of June 3, 2020.

6.      Attached hereto as **Exhibit D** is a true and correct copy of a printout of the webpage found at the URL http://www.voiceage.com/AMR-WB.G.722.2.html as of June 3, 2020.

7.      Attached hereto as **Exhibit E** is a true and correct copy of an article titled "Acacia patents asserted against Vivo, Oppo and other mobile firms in China," dated June 17, 2019 and published by IAM.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 9, 2020                          /s/ *Andrea L. Gothing*
                                                          Andrea L. Gothing