# **EXHIBIT B**

| | |
|---|---|
| **From:** | Seidl, Christopher A. |
| **Sent:** | Friday, June 5, 2020 2:34 PM |
| **To:** | McCabe, William J. (Perkins Coie) |
| **Cc:** | Westerlund, Jeanne A.; John W. Shaw Esq. (jshaw@shawkeller.com); Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com); Moffa, Matthew (Perkins Coie); Gothing, Andrea L.; Linden, Benjamen C.; 'bfarnan@farnanlaw.com' |
| **Subject:** | RE: VoiceAge EVS LLC v. HMD Global Oy, C.A. No. 19-1945-CFC (D. Del.) |

Dear Bill,

We are surprised by your request for "non-public material" since HMD never requested any information from VoiceAge EVS prior to filing its motion to dismiss. In fact, the parties were in discussions for over 7 months, and HMD never raised any standing issue during those discussions or asked for any such information. The first we heard of any alleged standing issue was when HMD filed its motion. Your request for information (along with HMD's request for "jurisdictional discovery") at this stage appears to be nothing but a fishing expedition, and not an attempt to resolve the issue in good faith.

Your request for information is also not supported by Judge Connolly's rules. Judge Connolly's standard patent case scheduling order calls for the disclosure of "[a]ll documents evidencing ownership of the patent rights by the party asserting patent infringement" and "[a]ll agreements, including licenses, transferring an interest in any asserted patents" within 30 days of entry of a scheduling order. Thus, your request for information is premature.

We continue to maintain that HMD's motion to dismiss is without merit, legally and factually. We will respond to HMD's motion accordingly.

Regards,

Chris

---

From: McCabe, William J. (Perkins Coie) <WMcCabe@perkinscoie.com>
Sent: Wednesday, June 3, 2020 4:17 PM
To: Seidl, Christopher A. <CSeidl@RobinsKaplan.com>
Cc: Westerlund, Jeanne A. <JWesterlund@RobinsKaplan.com>; John W. Shaw Esq. (jshaw@shawkeller.com) <jshaw@shawkeller.com>; Nathan R. Hoeschen - Shaw Keller LLP (nhoeschen@shawkeller.com) <nhoeschen@shawkeller.com>; Moffa, Matthew (Perkins Coie) <MMoffa@perkinscoie.com>
Subject: [EXTERNAL] RE: VoiceAge EVS LLC v. HMD Global Oy, C.A. No. 19-1945-CFC (D. Del.)

Dear Chris:
We have reviewed your letter and the authorities cited. ==After review, we stand by the positions in our opening brief.== To the extent there are non-public materials that you believe we should consider, please send them at your earliest convenience.
Regards,
Bill

**William McCabe | Perkins Coie LLP**
PARTNER
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
D. +1.212.261.6829

1

F. +1.212.977.1639
E. WMcCabe@perkinscoie.com

Follow our New York office on **Facebook**

Visit our Covid-19 resource page: **www.perkinscoie.com/coronavirus**

---

**From:** Seidl, Christopher A. <CSeidl@RobinsKaplan.com>
**Sent:** Tuesday, June 2, 2020 12:53 PM
**To:** McCabe, William J. (NYC) <WMcCabe@perkinscoie.com>
**Cc:** Westerlund, Jeanne A. <JWesterlund@RobinsKaplan.com>
**Subject:** VoiceAge EVS LLC v. HMD Global Oy, C.A. No. 19-1945-CFC (D. Del.)

Mr. McCabe:

Please see the attached letter.

Thank you,

Chris

**Christopher A. Seidl**
**ROBINS KAPLAN LLP**
Boston | Los Angeles | Minneapolis | Naples | New York | Silicon Valley
Office: (612) 349-8468 | Cell: (612) 270-3184
Email: cseidl@robinskaplan.com
Bio: http://www.robinskaplan.com/lawyers/christopher-seidl

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP
http://www.robinskaplan.com

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.