IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1945-CFC |
| | ) |
| HMD GLOBAL OY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William J. McCabe of Perkins Coie LLP, 1155 Avenue of the Americas, 22nd Floor, New York, New York 10036, to represent Defendant HMD Global Oy in this matter.

|  |  |
|---|---|
|  | */s/ John W. Shaw* |
|  | John W. Shaw (No. 3362) |
|  | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| William J. McCabe | 1105 North Market Street, 12th Floor |
| Matthew J. Moffa | Wilmington, DE 19801 |
| PERKINS COIE LLP | (302) 298-0700 |
| 1155 Avenue of the Americas | jshaw@shawkeller.com |
| 22nd Floor | *Attorneys for Defendant* |
| New York, NY 10036-2711 | |
| (212) 262-6900 | |

Dated: June 10, 2020

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of William J. McCabe is granted.

_____
United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

William J. McCabe
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
(212) 262-6900
wmccabe@perkinscoie.com

Dated: June 09, 2020