

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

June 23, 2020

**BY CM/ECF**
The Honorable Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, DE  19801

  RE: VoiceAge EVS LLC, *v.* HMD Global Oy, C.A. No. 19-1945-CFC

Dear Judge Connolly:

  Pursuant to Local Rule 7.1.4, HMD Global Oy respectfully requests oral argument on Defendant's Motion to Dismiss for Lack of Jurisdiction Over the Subject Matter and Motion to Dismiss for Failure to State a Claim (D.I. 7). The parties completed the briefing on June 16, 2020, and the motion papers are located at Docket Items 8, 9, 12, 13, and 15.

           Respectfully submitted,

           */s/ John W. Shaw*

           John W. Shaw (No. 3362)

cc: Clerk of the Court (via CM/ECF)
   All Counsel of Record (via CM/ECF)