

John W. Shaw
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0701 – Direct
jshaw@shawkeller.com

October 8, 2020

**BY CM/ECF**
The Honorable Colm F. Connolly
United States District Court
844 N. King Street
Wilmington, DE  19801

      Re:    *VoiceAge EVS LLC v. HMD Global Oy,* C.A. No. 19-1945-CFC

Dear Judge Connolly:

      Pursuant to D. Del. LR 7.1.2(b), Defendant HMD Global Oy ("HMD") respectfully notifies the Court of recent subsequent authority, *AntennaSys, Inc. v. AQYR Techs., Inc.* (Case No. 19-2244) (Fed. Cir. Oct. 7, 2020) (*"AntennaSys"*) (attached as Exhibit 1) relevant to HMD's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. Rs. Civ. P. 12(b)(1) and 12(b)(6).  D.I. 7.

      *AntennaSys* holds that a district court must consider—as a "threshold" matter—whether the allocation of rights in license and assignment agreements preclude a plaintiff from bringing its claims.  *AntennaSys* at 5, 7, 10–12.  This holding supports the arguments made in HMD's Opening Brief (D.I. 8) at pages 13 and 15–16, and in its Reply Brief (D.I. 15) at pages 8–10, regarding nonpublic agreements of Plaintiff, its predecessors, and its funders.

      Respectfully,

      */s/ John W. Shaw*

      John W. Shaw (No. 3362)

cc:    Clerk of the Court (by CM/ECF)
          All counsel of record (by CM/ECF and email)