**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VOICEAGE EVS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HMD GLOBAL OY,<br><br>    Defendant. | C.A. No. 19-cv-1945-CFC |
| VOICEAGE EVS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HUIZHOU TCL MOBILE COMMUNICATION CO. LTD.; TCL MOBILE COMMUNICATION (HK) CO., LTD.; TCT MOBILE (US) HOLDINGS, INC.; TCT MOBILE, INC.; AND TCT MOBILE (US) INC.,<br><br>    Defendants. | C.A. No. 19-cv-2162-CFC |
| VOICEAGE EVS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>LENOVO GROUP LTD., ET AL.,<br><br>    Defendants. | C.A. No. 20-cv-810-CFC |

1

| | |
|---|---|
| VOICEAGE EVS LLC | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) ) C.A. No. 20-cv-1061-CFC <br> ) |
| APPLE INC., | ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to D. Del LR 83.7, the appearance of Andrea L. Gothing of Robins Kaplan LLP on behalf of plaintiff VoiceAge EVS LLC, is hereby withdrawn. Robins Kaplan LLP and Farnan LLP will continue to represent VoiceAge EVS LLC in the above-captioned matters.

Dated: October 21, 2020

Respectfully submitted,

FARNAN LLP

 /s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
T: (302) 777-0300
F: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Christopher A. Seidl (admitted *pro hac vice*)
Benjamen C. Linden (admitted *pro hac vice*)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
cseidl@robinskaplan.com
blinden@robinskaplan.com

Andrea L. Gothing (admitted *pro hac vice*)

2

                    Li Zhu (admitted *pro hac vice*)
Robins Kaplan LLP
2440 W El Camino Real, Suite 100
Mountain View, California 94040
T: (650) 784-4040
F. (650) 784-4041
agothing@robinskaplan.com
lzhu@robinskaplan.com

Annie Huang (admitted *pro hac vice*)
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, New York 10022
T: (212) 980-7400
F: (212) 980-7499
ahuang@robinskaplan.com

*Attorneys for Plaintiff VoiceAge EVS LLC*