

January 21, 2021

**VIA E-FILING**
The Honorable Colm F. Connolly
United States District Court                    **FILED UNDER SEAL**
844 N. King Street
Wilmington, DE 19801

  Re: *VoiceAge EVS LLC v. HMD Global Oy*,
    <u>C.A. No. 19-1945-CFC</u>

Dear Judge Connolly:

  Plaintiff VoiceAge EVS LLC ("VoiceAge EVS") respectfully notifies the Court of supplemental facts relating to Defendant HMD Global Oy's ("HMD") Motion to Dismiss, which will be heard on January 22, 2021.

  As discussed in VoiceAge EVS's Opposition to HMD's Motion to Dismiss, HMD's motion is legally and factually flawed. Notably, HMD relies on speculation and conjecture regarding the transaction between VoiceAge Corporation and VoiceAge EVS to argue that other entities "may" have retained the right to license the asserted VoiceAge EVS Patents. Last week, in the spirit of trying to resolve the motion prior to the January 22, 2021 hearing, VoiceAge EVS offered to provide HMD with a copy of the Patent Purchase Agreement ("PPA") between VoiceAge Corporation and VoiceAge EVS, prior to discovery commencing. Ex 1 (attached). On January 15, 2021, VoiceAge EVS provided HMD a copy of the PPA. Ex. 2 (attached, including the attached PPA). The PPA is highly confidential, and HMD has agreed that the PPA should be treated as Outside Attorneys Eyes Only.

  While VoiceAge EVS does not believe this disclosure was required at this time, VoiceAge EVS made this disclosure voluntarily in order to be transparent with HMD and the Court. The PPA demonstrates that HMD's speculation about the asserted VoiceAge EVS Patents is without merit. For example, paragraphs ███ ███████████████████████████████ of the PPA support that VoiceAge EVS is the sole owner of all right, title, and interest in and to the asserted patents, and that VoiceAge EVS is the only entity that can grant HMD a license to these patents.

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777–0300 · FAX: (302) 777–0301 · WWW.FARNANLAW.COM

2

        Respectfully submitted,

        /s/ Brian E. Farnan

        Brian E. Farnan

cc: Counsel of Record (Via E-Mail)