IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-1945 (CFC) |
| | ) | |
| HMD GLOBAL OY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-810 (CFC) |
| | ) | |
| LENOVO HOLDING COMPANY, INC., LENOVO (UNITED STATES) INC., MOTOROLA MOBILITY HOLDINGS, LLC and MOTOROLA MOBILITY LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1061 (CFC) |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

- 1 -

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 25, 2021, the following documents were served on the persons listed below in the manner indicated:

1. Defendants' Interrogatories regarding Jurisdiction (Nos. 1-9)

2. Defendants' Request for Production of Jurisdictional Documents (Nos. 1-30)

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Li Zhu
ROBINS KAPLAN LLP
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040
lzhu@robinskaplan.com

Christopher A. Seidl
Benjamen C. Linden
Rajin S. Olson
ROBINS KAPLAN LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
cseidl@robinskaplan.com
blinden@robinskaplan.com
rolson@robinskaplan.com

Annie Huang
ROBINS KAPLAN LLP
399 Park Avenue, Suite 3600
New York, NY 10022
(212) 980-7400
ahuang@robinskaplan.com

| | |
|---|---|
| OF COUNSEL:<br>William J. McCabe<br>Matthew J. Moffa<br>PERKINS COIE LLP<br>1155 Avenue of the Americas<br>22nd Floor<br>New York, NY 10036-2711<br>(212) 262-6900<br><br>Dated: March 25, 2021 | */s/ Nathan R. Hoeschen*<br>John W. Shaw (No. 3362)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant HMD Global Oy* |