## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC,<br><br>        Plaintiff,<br>  v.<br><br>HMD GLOBAL OY,<br><br>        Defendant. | C.A. No. 19-cv-1945-CFC<br><br>**JURY TRIAL DEMANDED** |
| VOICEAGE EVS LLC,<br><br>        Plaintiff,<br>  v.<br><br>LENOVO HOLDING COMPANY, INC.,<br>LENOVO (UNITED STATES) INC.,<br>MOTOROLA MOBILITY HOLDINGS, LLC<br>and MOTOROLA MOBILITY LLC,<br><br>        Defendants. | C.A. No. 20-cv-810-CFC<br><br>**JURY TRIAL DEMANDED** |
| VOICEAGE EVS LLC,<br><br>        Plaintiff,<br>  v.<br><br>APPLE INC.,<br><br>        Defendant. | C.A. No. 20-cv-1061-CFC<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 15, 2021, a copy of: (i) Plaintiff's Responses and Objections to Defendants' Interrogatories Regarding Jurisdiction (Nos. 1-9) and (ii) Plaintiff's Responses and Objections to Defendants' Request for Production of Jurisdictional Documents (Nos. 1-30) was served on the following as indicated:

| | |
|---|---|
| <u>Via E-Mail</u><br>John W. Shaw<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor | <u>Via E-Mail</u><br>William J. McCabe<br>Matthew J. Moffa<br>PERKINS COIE LLP<br>wmccabe@perkinscoie.com<br>mmoffa@perkinscoie.com |

Wilmington, DE 19801
jshaw@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant HMD Global Oy*

<u>Via E-Mail</u>
Jack B. Blumenfeld
Rodger D. Smith II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com

*Attorneys for Defendants Lenovo Holding Company, Inc., Lenovo (United States) Inc., Motorola Mobility Holdings, LLC and Motorola Mobility LLC*

<u>Via E-Mail</u>
David E. Moore
Bindu A. Palapura
Stephanie E. O'Byrne
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Apple Inc.*

*Attorneys for Defendant HMD Global Oy*

<u>Via E-Mail</u>
Gene W. Lee
T. Andrew Culbert
Kevin A. Zeck
Mark Thomas Smith
Ruchika Verma
PERKINS COIE LLP
glee@perkinscoie.com
aculbert@perkinscoie.com
kzeck@perkinscoie.com
marksmith@perkinscoie.com
rverma@perkinscoie.com
LenovoVoiceAge@perkinscoie.com

*Attorneys for Defendants Lenovo Holding Company, Inc., Lenovo (United States) Inc., Motorola Mobility Holdings, LLC and Motorola Mobility LLC*

<u>Via E-Mail</u>
Mark D. Selwyn
Jennifer John
Joseph J. Mueller
Dominic E. Massa
Timothy D. Syrett
Nina Garcia
WILMER CUTLER PICKERING HALE AND DORR LLP
mark.selwyn@wilmerhale.com
jason.choy@wilmerhale.com
cristina.salcedo@wilmerhale.com
WHAppleVoiceAgeService@wilmerhale.com

*Attorneys for Defendant Apple Inc.*

Dated: April 16, 2021          Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel. (302) 777-0300
Fax (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Christopher A. Seidl (admitted *pro hac vice*)
Benjamen C. Linden (admitted *pro hac vice*)
Rajin S. Olson (admitted *pro hac vice*)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
cseidl@robinskaplan.com
blinden@robinskaplan.com
rolson@robinskaplan.com

Li Zhu (admitted *pro hac vice*)
Robins Kaplan LLP
46 Shattuck Square, Suite 22
Berkeley, California 94704
T: (650) 784-4040
F. (650) 784-4041
lzhu@robinskaplan.com

Annie Huang (admitted *pro hac vice*)
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, New York 10022
T: (212) 980-7400
F: (212) 980-7499
ahuang@robinskaplan.com

*Attorneys for Plaintiff*