IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| VOICEAGE EVS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 19-1945 (CFC) |
| v. | ) | |
| | ) | |
| HMD GLOBAL OY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER**

WHEREAS, in lieu of answering Plaintiff VoiceAge EVS LLC's ("VoiceAge EVS"'s) Complaint (D.I. 1), Defendant HMD Global Oy ("HMD") filed a motion under 12(b)(6) and 12(b)(1) challenging VoiceAge EVS's standing and this Court's subject matter jurisdiction. (D.I. 7.);

WHEREAS, on January 22, 2021, the Court denied HMD's motion without prejudice and stayed the above-captioned matter pending completion of jurisdictional discovery (January 22, 2021 Oral Order);

WHEREAS, on August 30, 2021, the Parties completed jurisdictional discovery;

WHEREAS, pursuant to the Parties' stipulation and proposed order as entered by the Court, HMD was required, following the completion of jurisdictional discovery, to file any renewed motion under 12(b)(6) and/or 12(b)(1) by September 27, 2021 (*see* D.I. 24 at 4);

WHEREAS, HMD did not file a renewed motion by September 27, 2021 following completion of jurisdictional discovery;

IT IS HEREBY STIPULATED AND REQUESTED by the Parties, subject to Court approval, that: (1) the stay of the above-captioned matter is lifted; (2) within 21 days from

entry of this Order by the Court, HMD shall Answer or otherwise respond, to the extent permitted by the Federal Rules of Civil Procedure and this Court's prior orders, to VoiceAge EVS's Complaint (D.I. 1); and (3) the Court set a scheduling conference so that this matter can proceed.

| | |
|---|---|
| Dated: October 12, 2021 | Respectfully submitted, |
| FARNAN LLP | SHAW KELLER LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff VoiceAge EVS LLC* | */s/ Nathan R. Hoeschen*<br>John W. Shaw (#3362)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant HMD Global Oy* |

SO ORDERED this ___ day of October 2021.

The Court will hold a telephonic Scheduling Conference on October ____, 2021 at ___: ____ __.m.  Counsel for Plaintiff shall supply the Court and Defendant with the dial-in information.  The parties shall submit a proposed Scheduling Order 48 hours prior to the Scheduling Conference.

_____<br>UNITED STATES DISTRICT JUDGE