IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1945-CFC-CJB |
| | ) |
| HMD GLOBAL OY, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of the following attorneys to represent Defendant HMD Global Oy in this matter:

Thomas V. Matthew
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
(212) 977-1649
tmatthew@perkinscoie.com

Roderick J. O'Dorisio
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80210
(303) 291-2303
rodorisio@perkinscoie.com

|  |  |
|---|---|
| | /s/ John W. Shaw |
| | John W. Shaw (No. 3362) |
| | SHAW KELLER LLP |
| OF COUNSEL: | I.M. Pei Building |
| William J. McCabe | 1105 North Market Street, 12th Floor |
| Matthew J. Moffa | Wilmington, DE 19801 |
| PERKINS COIE LLP | (302) 298-0700 |
| 1155 Avenue of the Americas, 22nd Floor | jshaw@shawkeller.com |
| New York, NY 10036-2711 | *Attorneys for Defendant* |
| (212) 262-6900 | |

Dated: December 13, 2021

## [PROPOSED] ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Thomas V. Matthew and Roderick J. O'Dorisio is granted.

_____
United States District Judge

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 8/29/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 13, 2021

Thomas V. Matthew
TMatthew@perkinscoie.com
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036
Telephone: 212.262.6900
Fax: 212.977.1649

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 8/29/2016, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 13, 2021

_____
Roderick J. O'Dorisio
RODorisio@perkinscoie.com
Perkins Coie LLP
1900 Sixteenth St, Suite 1400
Denver, CO 80210
Telephone: 303.291.2303
Fax: 303.291.2403