IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1945-CFC-CJB |
| | ) |
| HMD GLOBAL OY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT HMD GLOBAL OY'S**
**MOTION FOR CLAIM CONSTRUCTION**

Defendant HMD Global Oy ("HMD") requests that the Court adopt the claim construction positions of HMD set forth in the Joint Claim Construction Chart (D.I. 69).

OF COUNSEL:
William J. McCabe
Matthew J. Moffa
Thomas V. Matthew
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
(212) 262-6900

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

Samantha Hunt
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
(206) 359-8000

Dated: June 16, 2022