# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VoiceAge EVS LLC, a Delaware limited liability company,<br><br>                Plaintiff,<br><br>   v.<br><br>HMD Global Oy,<br><br>                Defendant. | Case No. 19-cv-01945-CFC |

**PLAINTIFF'S NOTICE OF DEPOSITION OF VELI-PEKKA VESALA**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff VoiceAge EVS LLC, by its counsel, will take a deposition upon oral examination of Veli-Pekka Vesala as an individual pursuant to Rule 30(b)(1).

The deposition will commence on March 2, 2023 at 9:00 a.m. (Eastern Time) at the Law Office of Farnan LLP, 919 N. Market Street, 12th Floor, Wilmington, Delaware 19801, or at another time and location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means, audio recording, video recording and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed.

Dated: January 24, 2023     Respectfully submitted,

/s/ *Michael J. Farnan*

FARNAN LLP

Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
T: (302) 777-0300
F: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Of Counsel:*

Benjamen C. Linden
Rajin S. Olson
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
blinden@robinskaplan.com
rolson@robinskaplan.com

Li Zhu
Robins Kaplan LLP
555 Twin Dolphin Drive, Suite 310
Redwood City, California 94065
T: (650) 784-4040
F. (650) 784-4041
lzhu@robinskaplan.com

Annie Huang
Miles Finn
Robins Kaplan LLP
1325 Avenue of the Americas
Suite 2601

New York, New York 10019
T: (212) 980-7400
F: (212) 980-7499
ahuang@robinskaplan.com
mfinn@robinskaplan.com

*Attorneys for Plaintiff VoiceAge EVS LLC*