# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VoiceAge EVS LLC, a Delaware limited liability company,<br><br>     Plaintiff,<br><br> v.<br><br>HMD Global Oy,<br><br>     Defendant. | Case No. 19-cv-1945-GBW |

## PLAINTIFF'S NOTICE OF DEPOSITION OF SERGIO SERAFIN ALVAREZ

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff VoiceAge EVS LLC, by its counsel, will take a deposition upon oral examination of Sergio Serafin Alvarez as an individual pursuant to Rule 30(b)(1) and as representative of HMD Global Oy pursuant to Rule 30(b)(6).

The deposition will commence on March 23, 2023 at 9:00 a.m. (Eastern Time) at the JW Marriott Marquis Miami, 255 Biscayne Blvd Way, Miami, FL, or at another time and location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means, audio recording, video recording and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed.

| | |
|---|---|
| Dated: March 7, 2023 | Respectfully submitted, |
| | FARNAN LLP |
| *Of Counsel:* | |
| | */s/ Michael J. Farnan* |
| Benjamen C. Linden | Brian E. Farnan (Bar No. 4089) |
| Rajin S. Olson | Michael J. Farnan (Bar No. 5165) |
| Robins Kaplan LLP | 919 N. Market Street, 12th Floor |
| 800 LaSalle Avenue, Suite 2800 | Wilmington, Delaware 19801 |
| Minneapolis, Minnesota 55402 | T: (302) 777-0300 |
| T: (612) 349-8500 | F: (302) 777-0301 |
| F: (612) 339-4181 | bfarnan@farnanlaw.com |
| blinden@robinskaplan.com | mfarnan@farnanlaw.com |
| rolson@robinskaplan.com | |
| | *Attorneys for Plaintiff VoiceAge EVS LLC* |
| Li Zhu | |
| Robins Kaplan LLP | |
| 555 Twin Dolphin Drive, Suite 310 | |
| Redwood City, California 94065 | |
| T: (650) 784-4040 | |
| F. (650) 784-4041 | |
| lzhu@robinskaplan.com | |
| | |
| Annie Huang | |
| Miles Finn | |
| Robins Kaplan LLP | |
| 1325 Avenue of the Americas | |
| Suite 2601 | |
| New York, New York 10019 | |
| T: (212) 980-7400 | |
| F: (212) 980-7499 | |
| ahuang@robinskaplan.com | |
| mfinn@robinskaplan.com | |