## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

VoiceAge EVS LLC, a Delaware
limited liability company,

                              Plaintiff,                    Case No.  19-cv-1945-GBW

          v.

HMD Global Oy,

                              Defendant.

## PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF JACKIE KATES

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff VoiceAge EVS LLC, by its counsel, will take a deposition upon oral examination of Jackie Kates as an individual pursuant to Rule 30(b)(1) and as representative of HMD Global Oy pursuant to Rule 30(b)(6).

The deposition will commence on March 13, 2023 at 9:00 a.m. (Eastern Time) at the JW Marriott Marquis Miami, 255 Biscayne Blvd Way, Miami, FL, or at another time and location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means, audio recording, video recording and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed.

Dated: March 7, 2023

*Of Counsel:*

Benjamen C. Linden
Rajin S. Olson
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
blinden@robinskaplan.com
rolson@robinskaplan.com

Li Zhu
Robins Kaplan LLP
555 Twin Dolphin Drive, Suite 310
Redwood City, California 94065
T: (650) 784-4040
F. (650) 784-4041
lzhu@robinskaplan.com

Annie Huang
Miles Finn
Robins Kaplan LLP
1325 Avenue of the Americas
Suite 2601
New York, New York 10019
T: (212) 980-7400
F: (212) 980-7499
ahuang@robinskaplan.com
mfinn@robinskaplan.com

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
T: (302) 777-0300
F: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff VoiceAge EVS LLC*