IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VoiceAge EVS LLC, a Delaware limited liability company, <br><br>                Plaintiff, <br><br> v. <br><br> HMD Global Oy, <br><br>                Defendant. | Case No.  19-cv-1945-GBW |

**PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF
SERGIO SERAFIN ALVAREZ**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff VoiceAge EVS LLC, by its counsel, will take a deposition upon oral examination of Sergio Serafin Alvarez as an individual pursuant to Rule 30(b)(1) and as representative of HMD Global Oy pursuant to Rule 30(b)(6).

The deposition will commence on March 23, 2023 at 9:00 a.m. (Eastern Time) at the Miami Marriott Biscayne Bay, 1633 N Bayshore Drive, Miami, FL, or at another time and location agreed upon by the parties or ordered by the Court. The deposition will be recorded by stenographic means, audio recording, video recording and/or real-time transcription, and will continue day-to-day, weekends and legal holidays excluded, until completed.

| | |
|---|---|
| Dated: March 14, 2023 | Respectfully submitted, |
| | |
| *Of Counsel:* | FARNAN LLP |
| | |
| Benjamen C. Linden | /s/ Michael J. Farnan |
| Rajin S. Olson | Brian E. Farnan (Bar No. 4089) |
| Robins Kaplan LLP | Michael J. Farnan (Bar No. 5165) |
| 800 LaSalle Avenue, Suite 2800 | 919 N. Market Street, 12th Floor |
| Minneapolis, Minnesota 55402 | Wilmington, Delaware 19801 |
| T: (612) 349-8500 | T: (302) 777-0300 |
| F: (612) 339-4181 | F: (302) 777-0301 |
| blinden@robinskaplan.com | bfarnan@farnanlaw.com |
| rolson@robinskaplan.com | mfarnan@farnanlaw.com |
| | |
| Li Zhu | *Attorneys for Plaintiff VoiceAge EVS LLC* |
| Robins Kaplan LLP | |
| 555 Twin Dolphin Drive, Suite 310 | |
| Redwood City, California 94065 | |
| T: (650) 784-4040 | |
| F. (650) 784-4041 | |
| lzhu@robinskaplan.com | |
| | |
| Annie Huang | |
| Miles Finn | |
| Robins Kaplan LLP | |
| 1325 Avenue of the Americas | |
| Suite 2601 | |
| New York, New York 10019 | |
| T: (212) 980-7400 | |
| F: (212) 980-7499 | |
| ahuang@robinskaplan.com | |
| mfinn@robinskaplan.com | |