

April 19, 2023

**VIA E-FILING**
The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801

> RE:   *VoiceAge EVS LLC v. HMD Global Oy,*
>        **(C.A. No. 19-cv-1945-GBW)**

Dear Judge Williams:

The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys participated in a verbal meet-and-confer via Zoom and telephone on April 13, 2023:

> Delaware Counsel: Michael Farnan for Plaintiff
>
> Lead Counsel: Rajin Olson and Annie Huang for Plaintiff and William McCabe and Matthew Lembo for Defendant.

While Delaware Counsel for Defendant was unable to attend that meet-and-confer, Delaware Counsel for Plaintiff, Brian Farnan, conferred separately with Delaware Counsel for Defendant, Nate Hoeschen, on April 19, 2023.

The disputes requiring judicial attention at this time are listed below:

1.    Whether HMD has possession, custody, or control of technical documents held by third-party Original Design Manufacturers ("ODMs") by virtue of HMD's contracts with those ODMs, and whether HMD should be compelled to collect and produce those documents.

> Respectfully submitted,
>
> /s/ Michael J. Farnan
>
> Michael J. Farnan

cc:    Counsel of Record (via E-File)