IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC,<br><br>                Plaintiff,<br>    v.<br><br>HMD GLOBAL OY,<br><br>                Defendant. | C.A. No. 19-cv-1945-GBW<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Delaware Local Rule 83.7, the appearance of Rajin S. Olson as counsel for Plaintiff VoiceAge EVS LLC is hereby withdrawn. Robins Kaplan LLP and Farnan LLP will continue to represent Plaintiff VoiceAge EVS LLC.

Dated: March 18, 2025

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Tel. (302) 777-0300
Fax (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Benjamen C. Linden (admitted *pro hac vice*)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402
T: (612) 349-8500
F: (612) 339-4181
blinden@robinskaplan.com
rolson@robinskaplan.com

Li Zhu (admitted *pro hac vice*)
Robins Kaplan LLP
46 Shattuck Square, Suite 22

Berkeley, California 94704
T: (650) 784-4040
F. (650) 784-4041
lzhu@robinskaplan.com

Annie Huang (admitted *pro hac vice*)
Robins Kaplan LLP
399 Park Avenue, Suite 3600
New York, New York 10022
T: (212) 980-7400
F: (212) 980-7499
ahuang@robinskaplan.com

*Attorneys for Plaintiff*