IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VOICEAGE EVS LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>HMD GLOBAL OY,<br><br>  Defendant. | Civil Action No. 19-1945-GBW |

## ORDER

At Wilmington this 14th day of May, 2025, **IT IS HEREBY ORDERED** that Defendant HMD Global Oy's Motion for Judgment on the Pleadings (D.I. 181) is **DENIED**.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE